IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY ___ D.C.

05 OCT 17 PM 2: 56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| WEB COM TECHNOLOGIES, LLC and GARY KIRSCHNER, <br><br> Plaintiffs, <br><br> vs. <br><br> JACOB MOSKOWITZ, E-REVOLUTION, LLC, and SIDNEY GOLDSTEIN, <br><br> Defendants. | ) ) ) ) ) ) ) Cause No. 05-CV-2278-B/P ) ) ) ) ) |

## ORDER

This matter, having come before the Court upon Lizabeth M. Conran's Motion for admission *pro hac vice*, should be granted.

IT IS, THEREFORE, HEREBY ORDERED that Lizabeth M. Conran's Motion for admission *pro hac vice* is GRANTED.

SO ORDERED:

_____
Judge

Date: 10/17/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-18-05

828044 v1

(7)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02278 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Lizabeth M. Conran
GREENSFELDER HEMKER & GALE, P.C.
10 So. Broadway
Ste. 2000
St. Louis, MO 63102

John Petite
GREENSFELDER HEMKER & GALE, P.C.
2000 Equitable Building
10 South Broadway
St. Louis, MO 63102

Michelle M. Drake
GREENSFELDER HEMKER & GALE, P.C.
10 S. Broadway
Ste. 2000
St. Louis, MO 63102

Honorable J. Breen
US DISTRICT COURT