IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

FILED BY ___ D.C.
05 OCT 19 PM 2:28
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| WEB COM TECHNOLOGIES, LLC, and GARY KIRSCHNER, ) ) ) | |
| Plaintiffs, ) | |
| v. ) | Cause No. 05cv2278-B/P |
| JACOB MOSKOWITZ, E-REVOLUTION, LLC, and SIDNEY GOLDSTEIN, ) ) ) | |
| Defendants, ) | |

~~PROPOSED AGREED~~ ORDER EXTENDING DEADLINE FOR RESPONSE

There being no objection from Plaintiffs to the Motion To Extend Deadline For Response filed by Defendants Jacob Moskowitz, E-Revolution, LLC and Sidney Goldstein, the Court finds that the deadline for Defendants to file their response to Plaintiffs' Complaint should be extended to November 1, 2005.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the foregoing is made an order of this court.

_/s/ Tu M. Pham_
Judge Tu M. Pham
UNITED STATES MAGISTRATE JUDGE

Date: October 19, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-19-05

**Approved for entry by:**

*Michael F. Braun*                                    *by permission Curt W. Cur—*
Michael F. Braun (IL Bar No. 6180471)
Elisha M. Prero (IL Bar No. 6181276)
SCHUYLER, ROCHE & ZWIRNER, PC
One Prudential Plaza, Suite 3800
130 East Randolph Street
Chicago, IL 60601
(312) 565-2400
(312) 565-8300 (fax)
LEAD COUNSEL FOR DEFENDANTS

and

*Jerrod Smith*
Michael A. Brady (TN BPR #16599)
Jerrod B. Smith (TN BPR #023026)
TATE, LAZARINI & BEALL, PLC
One Commerce Square, Suite 2500
Memphis, Tennessee 38103
(901) 529-9900
(901) 529-9910 (facsimile)
LOCAL COUNSEL FOR DEFENDANTS

and

*Lizabeth M. Conran*        By written permission Jerrod Smith
Michelle M. Drake (BPR #20468)
John E. Petite
Lizabeth M. Conran
2000 Equitable Building
10 S. Broadway
St. Louis, Missouri 63102
(314) 516-2688
(314) 241-1285 (fax)
COUNSEL FOR PLAINTIFFS

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02278 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

John Petite
GREENSFELDER HEMKER & GALE, P.C.
2000 Equitable Building
10 South Broadway
St. Louis, MO 63102

Michael F. Braun
SCHUYLER ROCHE & ZWIRNER, PC
130 East Randolph St.
Ste. 3800
One Prudential Plaza
Chicago, IL 60601

Michael A. Brady
TATE LAZARINI & BEALL, PLC
One Commerce Square
Ste. 2500
Memphis, TN 38103

Michelle M. Drake
GREENSFELDER HEMKER & GALE, P.C.
10 S. Broadway
Ste. 2000
St. Louis, MO 63102

Lizabeth M. Conran
GREENSFELDER HEMKER & GALE, P.C.
10 So. Broadway
Ste. 2000
St. Louis, MO 63102

Jerrod Benjamin Smith
TATE LAZARINI & BEALL, PLC
One Commerce Square
Ste. 2500
Memphis, TN 38103

Elisha M. Prero
SCHUYLER ROCHE & ZWIRNER, PC
130 East Randolph St.
Ste. 3800
One Prudential Plaza
Chicago, IL 60601

Honorable J. Breen
US DISTRICT COURT