IN THE UNITED STATES DISTRICT COURT     FILED BY ___ D.C.
FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

05 OCT 19 PM 2: 58

| | | |
|---|---|---|
| WEB COM TECHNOLOGIES, LLC, and GARY KIRSCHNER, | ) ) ) ) | THOMAS M. GOULD CLERK, U.S DISTRICT COURT W/D OF TN MEMPHIS |
| Plaintiff, | ) ) | |
| vs. | ) ) | Cause No.: 05cv2278-B/P |
| JACOB MASKOWITZ, E-REVOLUTIONS, LLC, and SIDNEY GOLDSTEIN, | ) ) ) ) | |
| Defendants. | ) ) | |

## ~~JOINT PROPOSED~~ SCHEDULING PLAN

This joint proposed scheduling plan is submitted for the Court's consideration pursuant to this Court's September 1, 2005 Notice of Re-Setting the Scheduling Conference.

I.      Responsive Pleading:  Defendants will file their pleading responsive to Plaintiffs' Complaint on or before **November 1, 2005**.

II.      Initial Disclosures:  The parties will exchange information pursuant to Fed.R.Civ.P. 26(a)(1) by **November 22, 2005**.

III.      Joinder of additional parties or amendment of pleadings:  No additional parties shall be joined or additional amendments of pleadings made after **December 22, 2005**, absent good cause shown.

IV.      Initial Motions to Dismiss:  All initial Motions to Dismiss will be filed by **January 24, 2006**.

V.      Interrogatories:  The presumptive party limit set forth in Rule 33(a) of 25 interrogatories, including discrete subparts, served on each party shall apply.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-20-05

12

VI.    <u>Depositions</u>: The presumptive party limit of 10 fact witness depositions per side as set forth in Ruse 30(a)(2)(A) shall apply.

VII.    <u>Expert Discovery</u>: The parties shall disclose any expert witnesses' identities and reports and make such experts available for depositions as follows:

    A.    <u>Plaintiff</u> shall disclose all expert witnesses and shall provide the reports required by Fed. R. Civ. P. 26(a)(2) no later than **March 21, 2006**, and shall make such expert witnesses available for depositions, and depositions of those witnesses shall be completed, no later than **April 20, 2006**;

    B.    <u>Defendant</u> shall disclose all expert witnesses and shall provide the reports required by Fed. R. Civ. P. 26(a)(2) no later than **May 4, 2006**, and shall make such expert witnesses available for depositions, and depositions of those witnesses shall be completed, no later than **June 5, 2006**;

    C.    The parties shall disclose <u>rebuttal experts</u> and provide their reports no later than **June 27, 2006**, and shall make such rebuttal experts available for depositions, and those depositions shall be completed no later than **July 28, 2006**.

VIII. <u>Completion of Discovery</u>: All discovery shall be completed by **July 28, 2006**, except upon leave of Court for good cause shown.

IX.    <u>Dispositive Motions</u>: All dispositive Motions shall be filed by **August 11, 2006**.

X.    <u>Mediation</u>: This case is appropriate for referral to mediation.

XI.    <u>Trial Readiness Date</u>: The case should be ready for trial by **January 10, 2007**, or

-2-

30 days after the Court renders its Order on any dispositive Motion, whichever is later.  At this

time, the trial is expected to take approximately five (5) days.


Dated:  October 19, 2005                                Respectfully submitted,

Michelle M. Drake (BPR #20468)
John E. Petite
Lizabeth M. Conran
2000 Equitable Building
10 S. Broadway
St. Louis, Missouri 63102
(314) 516-2688
(314) 241-1285 (fax)
COUNSEL FOR PLAINTIFFS


Michael F. Braun (Bar No. 6180471)
SCHUYLER, ROCHE & ZWIRNER, PC
One Prudential Plaza, Suite 3800
130 East Randolph Street
Chicago, IL 60601
(312)565-2400
(312)565-8300(fax)
LEAD COUNSEL FOR DEFENDANTS

and


Michael A. Brady (TN BPR #16599)
Jerrod B. Smith (TN BPR #023026)
TATE, LAZARINI & BEALL, PLC
One Commerce Square, Suite 2500
Memphis, Tennessee 38103
(901) 529-9900
(901) 529-9910 (fax)
LOCAL COUNSEL FOR DEFENDANTS

-3-

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

October 19, 2005
Date

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02278 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

Jerrod Benjamin Smith
TATE LAZARINI & BEALL, PLC
One Commerce Square
Ste. 2500
Memphis, TN 38103

Michael A. Brady
TATE LAZARINI & BEALL, PLC
One Commerce Square
Ste. 2500
Memphis, TN 38103

Elisha M. Prero
SCHUYLER ROCHE & ZWIRNER, PC
130 East Randolph St.
Ste. 3800
One Prudential Plaza
Chicago, IL 60601

John Petite
GREENSFELDER HEMKER & GALE, P.C.
2000 Equitable Building
10 South Broadway
St. Louis, MO 63102

Michelle M. Drake
GREENSFELDER HEMKER & GALE, P.C.
10 S. Broadway
Ste. 2000
St. Louis, MO 63102

Lizabeth M. Conran
GREENSFELDER HEMKER & GALE, P.C.
10 So. Broadway
Ste. 2000
St. Louis, MO 63102

Michael F. Braun
SCHUYLER ROCHE & ZWIRNER, PC
130 East Randolph St.
Ste. 3800
One Prudential Plaza
Chicago, IL 60601

Honorable J. Breen
US DISTRICT COURT