IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

FILED BY ___ D.C.

05 OCT 24  PM 5: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| WEB COM TECHNOLOGIES, LLC, and GARY KIRSCHNER, <br><br> Plaintiffs, <br><br> v. <br><br> JACOB MOSKOWITZ, E-REVOLUTION, LLC, and SIDNEY GOLDSTEIN, <br><br> Defendants, | Cause No. 05cv2278-B/P |

## ~~PROPOSED~~ ORDER ON MOTION FOR COUNSEL TO BE ADMITTED *PRO HAC VICE*

Upon the filing of Michael F. Bruan's Motion For Counsel To Be Admitted *Pro Hac Vice*, the Court, after considering the pleadings filed in this matter and the entire record as a whole, finds that the Motion is well taken.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Michael F. Braun, an attorney duly licensed in the State of Illinois, shall be permitted to represent Defendants in these proceedings, and shall be for all practical purposes admitted to practice law in the State of Tennessee *pro ~~hac~~ vice*.

_____
Judge ~~Tu M. Pham~~ J. Daniel Breen
UNITED STATES ~~MAGISTRATE~~ District JUDGE
Date: 10/25/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-25-05

(13)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02278 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

Jerrod Benjamin Smith
TATE LAZARINI & BEALL, PLC
One Commerce Square
Ste. 2500
Memphis, TN 38103

Elisha M. Prero
SCHUYLER ROCHE & ZWIRNER, PC
130 East Randolph St.
Ste. 3800
One Prudential Plaza
Chicago, IL 60601

John Petite
GREENSFELDER HEMKER & GALE, P.C.
2000 Equitable Building
10 South Broadway
St. Louis, MO 63102

Michelle M. Drake
GREENSFELDER HEMKER & GALE, P.C.
10 S. Broadway
Ste. 2000
St. Louis, MO 63102

Lizabeth M. Conran
GREENSFELDER HEMKER & GALE, P.C.
10 So. Broadway
Ste. 2000
St. Louis, MO 63102

Michael F. Braun
SCHUYLER ROCHE & ZWIRNER, PC
130 East Randolph St.
Ste. 3800
One Prudential Plaza
Chicago, IL 60601

Michael A. Brady
TATE LAZARINI & BEALL, PLC
One Commerce Square
Ste. 2500
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT